Brandon S. Reif (BR-5186)
**LAW OFFICES OF BRANDON S. REIF**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: 310.836.4800
Fax: 310.836.4801

Attorneys for Defendant,
Mega Capital Funding, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>MEGA CAPITAL FUNDING, ING. and JOHN NIELSON,<br><br>    Defendants. | CASE NO:<br><br>**DEMAND FOR JURY TRIAL** |

Defendant Mega Capital Funding, Inc. hereby demands a trial by jury as to all issues properly so tried.

Dated: July 5, 2007

LAW OFFICES OF BRANDON S. REIF

By: _____
Brandon S. Reif (BR-5186)
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: 310.836.4800
Fax: 310.836.4801