Brandon S. Reif (BR-5186)
**LAW OFFICES OF BRANDON S. REIF**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: 310.836.4800
Fax: 310.836.4801

Attorneys for Defendants,
Mega Capital Funding, Inc. and
John Nielson–Specially Appearing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS, LLC<br><br>                    Plaintiff,<br><br>vs.<br><br>MEGA CAPITAL FUNDING, INC. and JOHN NIELSON,<br><br>                    Defendants. | CASE NO: 07 CV 6249<br><br>**STIPULATION EXTENDING TIME TO RESPOND** |

IT IS HEREBY STIPULATED and agreed that the time for Defendants Mega Capital Funding, Inc. and John Nielson (collectively, the "Defendants") to respond to the complaint is hereby extended from July 11, 2007 to and including July 25, 2007.

This is the first request for an extension of time for Defendants to respond to the complaint. Facsimile signatures and/or photocopies shall be considered originals for all purposes.

Dated: July 6, 2007

| LAW OFFICES OF BRANDON S. REIF | MILLER & WRUBEL, P.C. |
|---|---|
| By: *[signature]* <br> Brandon S. Reif (BR-5186) <br> 1801 Century Park East, Suite 2400 <br> Los Angeles, CA 90067 <br> Tel: 310.836.4800 <br> Fax: 310.836.4801 | By: *[signature]* <br> Charles R. Jacob III (CS-4143) <br> 250 Park Avenue <br> New York, NY 10177 <br> Tel: 212.336.3500 <br> Fax: 212.336.3555 |
| Attorneys for Defendants Mega Capital Funding, Inc. and John Nielson—Specially Appearing | Attorneys for Plaintiff Terwin Advisors LLC |

*[handwritten: without prejudice as to the issue of federal subject matter jurisdiction.    CJS]*

SO ORDERED:

_____
United States District Court Judge