Charles R. Jacob III (CJ-4143)
Haynee C. Kang (HK-9957)
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500



RECEIVED
CHAMBERS OF
JUL 18 2007
JUDGE SCHEINDLIN

7/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERWIN ADVISORS LLC

    Plaintiff,

vs.

MEGA CAPITAL FUNDING, INC. and
JOHN NIELSON,

    Defendants.

CASE NO: 07 CV 6249 (SAS)
ECF CASE

**STIPULATION AND
ORDER AS TO REMAND**

    WHEREAS, the above action having been removed to this Court from the Supreme Court of the State of New York, County of New York; and

    WHEREAS, it appears that this Court is without subject matter jurisdiction on the ground of lack of diversity of citizenship;

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by their respective undersigned attorneys, that the above action be remanded to the Supreme Court of the State of New York, County of New York, from which it was removed by the Notice of Removal filed; and

IT IS FURTHER STIPULATED AND AGREED that the Clerk of this Court furnish the Clerk of the Supreme Court of the State of New York, County of New York with an attested or certified copy of this Stipulation and Order.

Dated: July 18, 2007

| MILLER & WRUBEL P.C. | LAW OFFICES OF BRANDON S. REIF |
|---|---|
| By: *[signature]* <br> Charles R. Jacob III (CJ-4143) | By: *[signature]* <br> Brandon S. Reif (BR-5186) |
| 250 Park Avenue <br> New York, New York 10177 <br> (212) 336-3500 | 1801 Century Park East, Suite 2400 <br> Los Angeles, California 90067 <br> (310) 836-4800 |
| Attorneys for Plaintiff <br> Terwin Advisors LLC | Attorneys for Defendants <br> Mega Capital Funding, Inc. and <br> John Nielson-Specially Appearing |

SO ORDERED:

*[signature]*
United States District Court Judge

7/19/07